857 A.2d 181

Anthony WALLACE, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 12, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of July, 2004. Probable jurisdiction is noted and the order appealed is affirmed.